No. 81–6633. BEARDEN v. GEORGIA. Ct. App. Ga. [Certiorari granted, 458 U. S. 1105.] Motion for appointment of counsel granted, and it is ordered that James H. Lohr, Esquire, of Chattanooga, Tenn., be appointed to serve as counsel for petitioner in this case.

No. 81–2153. IN RE FEINSTEIN ET AL.;
No. 81–2319. IN RE PICKERING;
No. 81–6693. IN RE PARKER;
No. 81–6729. IN RE BARNEY;
No. 81–6776. IN RE CAVALLARO;
No. 81–6831. IN RE CARTER;
No. 81–6889. IN RE KALEC;
No. 81–6909. IN RE LE GRAND;
No. 81–6997. IN RE WESTOVER;
No. 82–5137. IN RE POOLE;
No. 82–5168. IN RE ALOI; and
No. 82–5184. IN RE VELILLA. Petitions for writs of mandamus denied.

No. 82–440. IN RE FARMERS UNION CENTRAL EXCHANGE, INC., ET AL. Motion of petitioners to expedite consideration of the petition for writ of mandamus denied. Petition for writ of mandamus denied. JUSTICE STEVENS took no part in the consideration or decision of this motion and this petition.

No. 81–2205. IN RE LIEBER. Petition for writ of prohibition and/or mandamus denied.

No. 81–2338. REGAN, SECRETARY OF THE TREASURY, ET AL. v. TAXATION WITH REPRESENTATION OF WASHINGTON. Appeal from C. A. D. C. Cir. Probable jurisdiction noted.

No. 82–65. BROWN ET AL. v. THOMSON, SECRETARY OF STATE OF WYOMING, ET AL. Appeal from D. C. Wyo. Probable jurisdiction noted.